**Laxman S. SUNDAE, Plaintiff–Appellant,**

v.

**Gale NORTON, as the Secretary of the U.S. Department of Interior, Defendant–Appellee.**

No. 04–1170.

United States Court of Appeals, Eighth Circuit.

Submitted: July 8, 2004.

Decided: July 29, 2004.

Laxman S. Sundae, Rosemount, MN, pro se.

Patricia R. Cangemi, U.S. Attorney's Office, Minneapolis, MN, for Defendant–Appellee.

Before WOLLMAN, LAY, and MELLOY, Circuit Judges.

PER CURIAM.

Laxman Sundae appeals *pro se* from the district court's[1] entry of summary judgment in favor of the Defendant in his employment discrimination action. In his complaint, Sundae alleged that he applied for and was denied the position of mining engineer within the Bureau of Land Management, a subdivision of the Department

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

of the Interior, on the basis of his race, color, national origin, age, and physical handicap. He asserted causes of action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq.*, and the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq.*

The district court, acting upon the report and recommendation of a magistrate judge, granted summary judgment in favor of the Defendant. It concluded that even assuming Sundae made a *prima facie* case on each of his discrimination claims, the Defendant proffered legitimate, non-discriminatory reasons for his non-selection for employment, and that Sundae failed to demonstrate that they were pretextual. Having carefully reviewed the record and the applicable legal authorities, we find no error in the district court's disposition of this matter. Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47(B).